CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Marber Otoniel Lopez-Baltazar**<br>YOB: 1991; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-04821 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 5, 2020, at or near San Luis, in the District of Arizona, **Marber Otoniel Lopez-Baltazar**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 4, 2011, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Marber Otoniel Lopez-Baltazar** is a citizen of Mexico. On April 4, 2011, **Marber Otoniel Lopez-Baltazar** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On August 5, 2020, agents found **Marber Otoniel Lopez-Baltazar** in the United States at or near San Luis, Arizona, without the proper immigration documents. **Marber Otoniel Lopez-Baltazar** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 6, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54